UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH R. GOMEZ,

                    Petitioner,            NO. C11-5258 RJB/KLS

        v.                                 ORDER FOR EXTENSION OF TIME
                                           TO FILE RESPONSE TO ANSWER
STEPHEN D. SINCLAIR,

                    Respondent.

        Before the Court is Petitioner's letter requesting an extension of time within which to

file a response to Respondent's answer to Petitioner's habeas petition. ECF No. 17.

Respondent does not oppose the requested extension. ECF No. 18.

        Accordingly, it is **ORDERED**:

        (1)     Petitioner's motion (ECF No. 17) is **GRANTED**; Petitioner shall file his

response **on or before August 1, 2011.**

        (2)     The Clerk shall re-note the habeas petition on the Court's calendar for **August

5, 2011**, and shall send copies of this Order to Petitioner and to counsel for Respondent.


        **DATED** this   7th   day of July, 2011.


                                           Karen L. Strombom
                                           United States Magistrate Judge

ORDER - 1