# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEITH GOMEZ

v.

STEPHEN D. SINCLAIR

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5258RJB/KLS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation (Dkt. 27) **IS ADOPTED**;

Petitioner's Motion to Amend (Dkt. 21) **IS DENIED**;

Petitioner's Motion for an Evidentiary Hearing (Dkt. 22) **IS DENIED**;

Petitioner's grounds for relief **ARE DENIED**;

The case **IS DISMISSED**; and

The certificate of appealability **IS DENIED.**

  December 8, 2011                                             William M. McCool
Date                                                                    Clerk

                                                                     *s/CM Gonzalez*
                                                                     Deputy Clerk