# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEITH GOMEZ

JUDGMENT IN A CIVIL CASE

v.

STEPHEN D. SINCLAIR

CASE NUMBER: C11-5258RJB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation (Dkt. 27) **IS ADOPTED**;

Petitioner's Motion to Amend (Dkt. 21) **IS DENIED**;

Petitioner's Motion for an Evidentiary Hearing (Dkt. 22) **IS DENIED**;

Petitioner's grounds for relief **ARE DENIED**;

The case **IS DISMISSED**; and

The certificate of appealability **IS DENIED.**

| | |
|---|---|
|   December 8, 2011 |     William M. McCool |
| Date | Clerk |
| | |
| |     *s/CM Gonzalez* |
| | Deputy Clerk |